JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHON BUN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. DIAZAS, Warden,<br><br>　　　　Respondent. | Case No. SACV 12-488 JFW(JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:    April 5, 2012

　　　　　　　　　　　_____
　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE