JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANTHON BUN, | ) | Case No. SACV 12-488 JFW(JC) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| R. DIAZAS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:     April 5, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE